1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                  DISTRICT OF NEVADA

8                                          * * *

9    UNITED STATES OF AMERICA,              )
                                            )
10                         Plaintiff,       )        2:15-cr-00300-KJD-NJK
                                            )
11   vs.                                    )              **ORDER**
                                            )
12   HANS VINCENT EDLING,                   )
                                            )        (Docket No. 12)
13                         Defendant.       )
     _____       )

14

15         Pending before the Court is the United States' motion to unseal the instant case.  Docket No.

16   13.  Defendant is the only person charged in the case, and he has already made his initial appearance

17   in the case.  *See* Docket.

18         For good cause shown, the Court hereby **GRANTS** the United States' motion.  Docket No.

19   12.  The instant case is ordered unsealed.

20         IT IS SO ORDERED.

21         DATED this 23rd day of November, 2015.

22

23

24         _____
           NANCY J. KORPE
25         United States Magistrate Judge

26

27

28